# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JAMES COOK, | NO. SA CV 07-00079 AG (SS) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| KELLY HARRINGTON, Warden, | |
|     Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: MAY 30, 2009

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE